UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States**

    **v.**                                          Case No. 02-cr-153-09-PB

**Khalil Abou-Nahhoul**


**NOTICE OF RULING**


**Re:**   **Document No. 226, Motion to Exceed**

**Ruling:**   This was a complex case. The discovery was voluminous and counsel had to have the case ready for trial before the indictment was dismissed. Motion granted.

Entered by:  Paul Barbadoro, U.S. District Judge

Date:  July 15, 2005



cc:  Michael Iacopino, Esq.